# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEIN HEATH COLE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J. LIZARRAGA, Warden,<br><br>　　　　　　Respondent. | Case No. 1:14-cv-01205-DAD-SKO  HC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br><br>(Doc. 26) |

　　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 12, 2015, this Court granted Petitioner's motion for stay and abeyance, directing Petitioner to file a status report within sixty days and to file status reports every ninety days thereafter. On January 28, 2016, noting that Petitioner had failed to file a timely status report, the Court issued an order to show cause why the case should not be dismissed for failure to comply with a court order. Doc. 26. Petitioner filed a response and status report on February 8, 2016. Doc. 27.

　　　　Accordingly, the Court hereby ORDERS that the order to show cause issued January 28, 2016 (Doc. 26), be discharged.

IT IS SO ORDERED.

Dated:  **February 9, 2016**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1